IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FRANCOIS XAVIER KIEMDE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-CV-00660 ) |
| RUTH DOROCHOFF, | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter came before the Court upon the request of plaintiff for the dismissal of his action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and no hearing being deemed necessary, it is hereby ORDERED that this matter is dismissed without prejudice. Each party shall bear its own attorney fees, costs and disbursements.

February 1, 2010
Date

*Barbara B. Crabb*
BARBARA B. CRABB, JUDGE,
UNITED STATES DISTRICT COURT